**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 03-7112

_____

DARRETT D. CROCKETT,

Plaintiff - Appellant,

versus

GARY D. MAYNARD, Director of SCDC; STATE BOARD
OF CORRECTIONS, South Carolina,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Patrick Michael Duffy, District
Judge.  (CA-02-4005-6-23AK)

_____

Submitted:  March 25, 2004          Decided:  March 30, 2004

_____

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darrett D. Crockett, Appellant Pro Se.  James E. Parham, Jr., John
Eric Fulda, Irmo, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darrett D. Crockett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Crockett v. Maynard, No. CA-02-4005-6-23AK (D.S.C. June 23, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED